FLORENCE LA BARBERA, Respondent, *v.* FRANK CIOTTA et al., Appellants.

Argued November 28, 1950; decided January 11, 1951.

*Francis X. Giaccone* and *Walter H. Pickett* for appellants.
*Charles Lichtenstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.